**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6698**

_____

KENNETH GREEN,

Plaintiff - Appellant,

versus

UNKNOWN SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS OFFICIALS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Henry M. Herlong, Jr., District
Judge.   (CA-01-4775-9-20)

_____

Submitted:  June 20, 2002          Decided:  June 27, 2002

_____

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Green appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Unknown S.C. Dep't of Corr. Officials, No. CA-01-4775-9-20 (D.S.C. Apr. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED